# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUANGHUA ZHU<br>10440 Deerwood Road<br>Houston, TX 77042 | : <br> : <br> : <br> : | USDC - CIVIL ACTION |
| v. | : <br> : | NO.:  21-CV-1131 |
| RAISER, LLC<br>c/o CT Corporation System<br>600 North 2nd Street, Suite 400<br>Harrisburg, PA 17101<br>    and<br>UBER TECHNOLOGIES, INC.<br>c/o CT Corporation System<br>600 North 2nd Street, Suite 400<br>Harrisburg, PA 17101<br>    and<br>ISAM ELBAROUKI<br>1230 Fitzgerald Street<br>Philadelphia, PA 19148 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

## **ORDER**

AND NOW, this __19th__ day of ____March____, 2021, upon consideration of the uncontested Motion of Defendants, Rasier, LLC and Uber Technologies, Inc., to Remand this case to the Philadelphia Court of Common Pleas, it is hereby ORDERED that the Motion is GRANTED and this matter is REMANDED to the Philadelphia County Court of Common Pleas from which it was removed.

                                                                        BY THE COURT

                                                                        _/s/ C. Darnell Jones, II_____
                                                                        C. Darnell Jones, II   J.